IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| TOMASCIK, JEANETTE | : | NO. 13-40383 JTL |
| | : | |
| Debtor(s) | : | CHAPTER 7 Proceeding |

_____

### NOTICE OF MOTION TO SELL PROPERTY SUBJECT TO LIENS AND OTHER CLAIMS
_____

The Chapter 7 Bankruptcy Trustee in the above case, Walter W. Kelley, filed a motion to sell the following property of the bankruptcy estate: a vacant lot located at 4704 SW Amber Falls, McDonough, Georgia. The Trustee desires to sell the above property by private sale or auction to the highest and best offer through Rowell Auctions, Inc.  The auctioneer's fee is a 10% buyer's premium added to the purchase price plus reimbursement of expenses.

**IF YOU WANT TO INSPECT THE ABOVE PROPERTY OR MAKE A PURCHASE OFFER ON THE PROPERTY, CONTACT THE TRUSTEE'S ATTORNEY, SHOWN BELOW.**

YOUR RIGHTS MAY BE AFFECTED.  READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

IF YOU DO NOT WANT THE COURT TO GRANT THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REQUEST FOR A HEARING ON OR BEFORE **APRIL 7, 2014.** THE OBJECTION/RESPONSE SHOULD BE SENT TO **CLERK OF THE COURT, U. S. BANKRUPTCY COURT, P.O. BOX 2147, COLUMBUS, GEORGIA   31902.**  IF A RESPONSE/OBJECTION IS FILED, A HEARING WILL BE HELD ON **WEDNESDAY, APRIL 30, 2014, AT 2:00 P.M. IN THE UNITED STATES COURTROOM, 901 FRONT AVENUE, ONE ARSENAL PLACE, SUITE 309, COLUMBUS, GEORGIA.** IF YOU MAIL YOUR RESPONSE OR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** THE OBJECTION OR RESPONSE ON OR BEFORE THE RESPONSE DATE STATED ABOVE.  ANY RESPONSE OR OBJECTION MUST ALSO BE MAILED TO THE MOVING PARTY AND ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE SALE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

This 17th day of March, 2014.

/s/ David S. Ballard
DAVID S. BALLARD
Attorney for the Chapter 7 Trustee
Georgia Bar No. 635107
Kelley, Lovett, & Blakey, P.C.
P.O. Box 70879
Albany, GA   31708
Tel: 229- 888-9128
dballard@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| TOMASCIK, JEANETTE | : | NO. 13-40383 JTL |
| | : | |
| Debtor | : | CHAPTER 7 Proceeding |

_____

**TRUSTEE'S MOTION TO SELL PROPERTY SUBJECT TO LIENS AND OTHER CLAIMS**

COMES NOW Walter W. Kelley, Chapter 7 Trustee and shows as follows:

-1-

This motion is brought under 11 U.S.C. §363 and Bankruptcy Rule 6004. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

-2-

The Debtor filed a voluntary Chapter 7 petition on April 25, 2013. Walter W. Kelley is the Trustee in this case.

-3-

The Debtor owns a vacant lot located at 4704 SW Amber Falls, McDonough, Georgia. The Trustee has ordered a title opinion, which shows this property is not subject to any mortgages or security deeds. It appears the property is subject to approximately $453.96 in back due property taxes.

-4-

The Trustee desires to sell the above property by auction or private sale to the highest and best offer through Rowell Auctions, Inc. The sale or auctioneer's fee is a 10% buyer's premium added to the purchase price plus reimbursement of expenses estimated to be less than $5,000 as described in the attached "*Auction Listing Contract With Exclusive Right to Sell*" (Exhibit A).

-5-

The sale of the property is to be "as is," "where is" with all faults and subject to any security interest, lien or other claim.

-6-

The Debtor was divorced from Robert Tomascik on July 16, 2008 (Rockdale County Superior Court Case No. 2007-CV-1771 I).    In a letter dated June 13, 2013, Mr. Tomascik's divorce counsel indicates his client may have a claim against this property.  The Trustee, however, does not believe this is the case.

-7-

Notice of this motion will be served on Mr. Tomascik's divorce counsel and all known creditors and parties in interest.  By failing to object to this motion, these parties shall indicate their consent to the sale as proposed in this motion.

**WHEREFORE, THE TRUSTEE PRAYS FOR AN ORDER**:

(a)  allowing the above-described sale;

(b) authorizing the Trustee to sell the Debtor's interest in the above property subject to liens and other claims and to permit the Trustee to pay any valid liens, claims and the Debtor's allowed exemption in the property at closing;

(c) allowing direct payment of compensation and reimbursement of expenses to Rowell Auctions, Inc. at closing from the sale proceeds;

(d) allowing the Trustee, in his discretion, to reject any offer that the Trustee believes is not in the bankruptcy estate's best interest; and

(e)  for such other and further relief as the Court deems just and proper.

/s/ David S. Ballard
DAVID S. BALLARD
Attorney for the Chapter 7 Trustee
Georgia Bar No. 635107
Kelley, Lovett, & Blakey, P.C.
P.O. Box 70879
Albany, GA   31708
Tel: 229- 888-9128
dballard@kelleylovett.com



**ROWELL AUCTIONS, INC.**
1303 4th Street, SW, P.O. Box 3428
Moultrie, Georgia 31776
229-985-8388 -- toll free 800-323-8388

# AUCTION LISTING CONTRACT WITH EXCLUSIVE RIGHT TO SELL

This contract made this 15th day of January, 2014, between the following parties: Walter W. Kelley as Chapter 7 Trustee for Jeanette Smith Tomascik (Case Number 13-40383) hereinafter called "**Seller**" (the term "Seller" to include the neuter, masculine, and feminine genders, the singular and the plural) of that certain real property more particularly described in Exhibit "A" attached hereto and incorporated herein by reference ("the Property"), and ROWELL AUCTIONS, INC., 1303 4th Street, SW, P.O. Box 3428, Moultrie, GA  31776 herein called "**Auctioneer/Broker**".

1. **STATEMENT OF EMPLOYMENT:**

    Seller hereby employs Auctioneer/Broker to sell the Property upon the terms and conditions set forth in this contract and grant to Auctioneer/Broker the exclusive right to sell the real property during the term of this contract.  This contract shall commence when Auctioneer/Broker and Seller have signed this contract and shall continue through and include auction sale date, provided that, in the event that the highest bid received at the auction sale is not acceptable, Seller agrees to grant Auctioneer/Broker the sole, exclusive and irrevocable right to sell the within described property at private sale for a period of 180 days for a list price to be agreed upon by the parties hereto immediately after the auction sale, and the parties shall exercise a good faith effort to reach such agreed upon price at said time.

2. **TIME AND PLACE OF AUCTION SALE**:

    The auction is to be held online within 180 days approval of the Auction and the employment of Rowell Auctions, Inc by the United States Bankruptcy Court.

3. **COMPENSATION OF AUCTIONEER/BROKER:**

(a)     Auctioneer/Broker shall be compensated in the form of a 10% Buyer's Premium added to the buyer's bid price.  Seller also agrees to pay the advertising and promotional costs and any other costs set forth hereinafter.  It is agreed that Auctioneer/Broker may deduct their fees and unpaid costs from the total sales proceeds at closing whether the Purchaser is secured by the Auctioneer/Broker, by the Seller, by the Auction, or by any other person or means.  If the Property is sold by means other than auction during the exclusive listing period described in Paragraph 1 above, then the purchase price stated in the pertinent sales and purchase agreement shall be inclusive of a 10% commission to be paid to Auctioneer/Broker from the sales proceeds.

(b)     Seller shall be responsible for said advertising and promotional expenses not to exceed Five Thousand Dollars ($5,000.00), payable from the proceeds of the auction.  Final advertising and promotional expenses to be approved by Trustee prior to auction.

4. **DUTIES AND OBLIGATIONS OF AUCTIONEER/BROKER:**

    Auctioneer/Broker shall use its best efforts to obtain the highest available bid for the Property at the auction sale and to endeavor to have the high bidder submit a written offer in the form a deposit receipt conforming to the high bid.  It is expressly agreed and understood, however, that Auctioneer/Broker does not guarantee performance by the high bidder and therefore shall not be responsible if, for any reason, the high bidder shall refuse to submit a written offer conforming to the bidding at the auction sale, nor shall Auctioneer/Broker be responsible if the high bidder should fail to perform his agreement to purchase or comply with any memorandum of sale or sales contract that may thereafter be executed.

5.  **METHOD OF SALE:**
    The selling price shall be determined by competitive bidding through an online auction sale. Seller reserves the right to accept or reject the final bids on the Property.

6.  **SELLER WARRANTIES:**
(a)   Seller warrants title to said property, subject only to: (i) zoning ordinances affecting said property, (ii) general utility easements serving said property, (iii) leases, other easements, (iv) other restrictions as specified in the special stipulations of this contract, and the liens and encumbrances as follows (list each lien holder's name, address and account number if known; if none, write none in all capital letters, if additional space is needed attach as Exhibit ____ ):_____

_____

(b)   Seller agrees to indemnify and hold Auctioneer/Broker harmless in the event of any legal action as a result of any undisclosed liens, encumbrances or title defects.

(c)   Seller agrees and warrants that he has the ability to satisfy all mortgages, liens, judgments and any other encumbrances and Seller further agrees to convey to the purchasers a good merchantable fee simple title by quit claim deed, free and clear of all liens and encumbrances except those put on or assumed by the purchaser(s) as part of the purchase price. Seller agrees to hold Auctioneer/Broker harmless from any costs or liability in the event of Seller's inability to perform under the terms of this Agreement or any Agreement entered into pursuant to this Agreement.

(d)   If Seller is a corporation, Limited Liability Company, partnership, or other form of entity other than an individual, the undersigned as agents of the Seller hereby warrant and guarantee that they are authorized and empowered by the above named Seller to execute this contract on behalf of the Seller.

7.  **DEFAULT:**
(a)   If for any reason Seller defaults under the terms of this contract or any memorandum of sale, sales contract or listing contract executed hereunder, the Auctioneer/Broker's compensation as defined above and all unpaid advertising and promotional expenses advanced by Auctioneer/Broker will be due and payable to Auctioneer/Broker demand calculated at either the minimum listed price, sales memorandum price, or the sales contract price, whichever is applicable.

(b)   In the event purchaser(s) default under the terms of any memorandum of sale, sales contract or other obligation to purchase the property obtained hereunder, Auctioneer/Broker shall receive one half of any and all earnest money forfeited (however, the amount received hereunder by Auctioneer/Broker shall not exceed the full amount had the transaction closed); and Seller shall receive the balance of said forfeited earnest money.

(c)   In the event that purchaser(s) defaults under the terms of his, hers, its, or their obligations pursuant to any bid, memorandum of sale, or sales contract, and in the event that Auctioneer/Broker, with Seller's consent, incurs attorneys fees or costs in enforcing the purchaser'(s') obligations on behalf of the Seller, Seller hereby agrees to indemnify and hold Auctioneer/Broker harmless for any reasonable attorneys fees and costs of Court incurred by Auctioneer/Broker. Nothing contained herein obligates Auctioneer/Broker to enforce purchaser'(s') obligations.

8.  **AUTHORITY OF AUCTIONEER/BROKER:**
(a)   Auctioneer/Broker is authorized to sign any bid acknowledgement on behalf of and in the name of Seller, or in Auctioneer/Broker's own name, in connection with the sale of the Property.

(b)   Auctioneer/Broker is authorized to accept, give receipt for, and hold all moneys paid or deposited. Deposits will be held in the escrow account of Auctioneer/Broker. In the event of any escrow deposit dispute, and the Auctioneer/Broker is in doubt as to the disbursement of escrow funds, Auctioneer/Broker shall have the right to release the money to a Court of competent jurisdiction, which shall determine the rights of the parties involved in the dispute, but in no case will the action waive the Seller's responsibility of the payment of the Auctioneer/Broker's compensation to the Auctioneer/Broker.

(c) Auctioneer/Broker is authorized to place auction advertising in such media as Auctioneer/Broker selects, and provide necessary support, promotional assistance, supplies and materials as the Auctioneer/Broker, in its sole discretion, shall be necessary to obtain the highest available bid for the Property, and to install auction signs on the Property.

(d) Auctioneer/Broker is hereby authorized to request the above lien holder(s) to release information to Auctioneer/Broker concerning the above lien(s), and to consent on behalf of Seller(s) to such release of information.

9. **LIMITATION OF LIABILITY:**
Auctioneer/Broker shall not be responsible for any damages, expenses, or other losses occurring by the high bidder at any auction sale refusing to submit or sign a written offer, contract, or memorandum of sale confirming his bid or refusing to perform on his agreement to purchase; and Auctioneer/Broker shall not be required to enforce any such obligations on behalf of the Seller. Seller understands that by this contract, Auctioneer/Broker does not guarantee the sale of the property, but Auctioneer/Broker will make a sincere and honest effort to procure a sale for the Property. In consideration of the efforts and expenditures by the Auctioneer/Broker, Seller shall indemnify the Auctioneer/Broker against all liability, loss and expenses, including reasonable attorneys fees and Court costs that the Auctioneer/Broker may incur as a result of any claim or suit against the Auctioneer/Broker by any person for personal injury or property damage sustained by such person while on or about the hereinabove described premises, due to Seller's negligence or any condition of the Property not caused by Auctioneer/Broker.

10. **CONDITION OF THE PREMISES:**
The Property is to be sold "as is, where is", with the Seller and Auctioneer/Broker making no guarantees as to the condition of the property. Seller shall completely disclose the true state of affairs with respect to the condition of the property using the attached Property Disclosure Statement and Seller authorizes Auctioneer/Broker to disclose this condition to prospective purchasers.

11. **INQUIRIES:**
Seller agrees to refer to the Auctioneer/Broker all inquiries from Brokers or others interested in the Property. Seller gives Auctioneer/Broker the sole and exclusive control of the sale of Seller's property from this date, and further binds himself not to interfere in the sale of the Property during the term of this contract, and any extensions hereof.

12. **EXTENSIONS:**
If a sale, lease or other transfer of the Property is made within 180 days after this contract or an extension thereof terminates, to parties with whom the Auctioneer/Broker negotiated during the terms hereof, or an extension hereof, then Seller agrees to pay the commission hereinafter set forth to Auctioneer/Broker.

13. **SPECIAL TERMS:**
(a) This agreement and any sale or auction is subject to bankruptcy court approval.
(b) This sale of the property is to be as-is and where is.
(c) Seller/Trustee will make no warranty pertaining to the property.
(d) Transfer of the estate's interest shall be by Trustee's Quit Claim Deed.
(e) Seller/Trustee has not performed or obtained a title search on the property and makes no representations as to whether there are liens or other claims against the property.
(f) The seller/Trustee reserves the right to cancel the sale or reject any bid if such action is deemed by him to be in the best interests of the bankruptcy estate.

14. **SELLER'S CLOSING COSTS:**
Seller shall pay the following costs at closing:
Deed Preparation
State of Georgia Transfer Tax

15. **MISCELLANEOUS**
(a) The parties to this contract expressly agree that the laws of the State of Georgia shall govern the validity, construction, interpretation, and effect of this contract.

(b) This writing constitutes the entire agreement between the parties and no modifications or change in this contract shall be valid or binding upon the parties involved, unless it is in writing and executed by the parties.

AUCTION LISTING CONTRACT WITH EXCLUSIVE RIGHT TO SELL
Seller('s) initials _____; Auctioneer/Broker's initials _____

(c)   Auctioneer/Broker acts as agent for the Seller.

In witness whereof, the parties have executed this contract at _____ on the day and year first above written.

**SELLER:** _____
    **Seller's name**

By:    _____
    Name/Title:

    Address: _____

    City: _____ , State: _____ Zip: _____

    Phone: _____

    Email: _____


**SELLER:** _____
    **Seller's name**

By:    _____
    Name/Title:

    Address: _____

    City: _____ , State: _____ Zip: _____

    Phone: _____

    Email: _____

**THIS CONTRACT IS NOT BINDING UNTIL SIGNED BY AN OFFICER OF ROWELL AUCTIONS, INC.**


**ROWELL AUCTIONS, INC., GA R.E. Lic. #44780**

By:    /s/ David C. Hart_____ GA R.E. Lic. #_____
    Officer's Name/Title:

Agent:   /s/ Mark L. Manley_____ GA R.E. Lic. #_____
    Agent's Name/Title:

AUCTION LISTING CONTRACT WITH EXCLUSIVE RIGHT TO SELL
Seller('s) initials _____; Auctioneer/Broker's initials _____

## EXHIBIT "A"

All that tract or parcel of land lying and being in Land Lots 86 & 87 of the 11th District of Rockdale County, Georgia, being Lot 20 of Amber Cove Subdivision as shown on plat of survey made for Amber Cove Subdivision recorded in Plat Book W, Page 101, Rockdale County, Georgia Records. The description of said property as contained on said plat of survey is incorporated herein and by reference made a part hereof.

Said property being 4704 Amber Falls SW, McDonough, Rockdale County, Georgia 30252 under the current system of numbering.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| TOMASCIK, JEANETTE | : | NO. 13-40383 JTL |
| | : | |
| Debtor(s) | : | CHAPTER 7 Proceeding |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have furnished a true copy of the **TRUSTEE'S MOTION TO SELL PROPERTY SUBJECT TO LIENS AND OTHER CLAIMS** *and* **NOTICE** to those listed below by either court's electronic mail system, regular electronic mail or by depositing the same in the United States Mail, in a properly addressed envelope with sufficient postage thereto affixed to insure delivery, this 17th day of March, 2014.

MS. JEANETTE TOMASCIK
P.O. BOX 112
HOWARD, GA 31039

WILLIAM H. AREY, ESQ.
ATTORNEY FOR DEBTOR
P.O. BOX 8641
COLUMBUS, GA 31908
ATTORNEY FOR DEBTOR(S)
warey@aol.com

JEREMY A. MOULTON, ESQ.
ATTORNEY FOR ROBERT TOMASCIK
925 RAILROAD STREET
CONYERS, GA 30012
**[Via Regular & Certified Mail/ Return Receipt Requested]**

ELIZABETH A. HARDY, ESQ.
ASSISTANT U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

ROCKDALE COUNTY TAX COMMISSIONER
POST OFFICE BOX 1497
CONYERS, GEORGIA 30012

THOSE LISTED ON EXHIBIT 'B'
(Notice only)

                                        /s/ David S. Ballard
                                        DAVID S. BALLARD
                                        Attorney for the Chapter 7 Trustee

```
Label Matrix for local noticing        Atlas Acquisitions LLC           Kelley, Lovett & Blakey, P.C.
113G-4                                 294 Union St.                    PO Box 70879
Case 13-40383                          Hackensack, NJ 07601-4303        Albany, GA 31708-0879
Middle District of Georgia
Columbus
Mon Aug 19 11:10:49 EDT 2013

4                                      American Express                 Belk
901 Front Avenue                       P.O. Box 981535                  P.O. Box 981492
P.O. Box 2147                          El Paso, TX 79998-1535           El Paso, TX 79998-1492
Columbus, GA 31902-2147


Dress Barn                             Kohl's                           Parisian
P.O. Box 659704                        P.O. Box 3043                    P.O. Box 10327
San Antonio, TX 78265-9704             Milwaukee, WI 53201-3043         Jackson, MS 39289-0327


Robert Tomascik                        Target                           U.S. Trustee - MAC
8030 Pooles Mill Drive                 Retailers National Bank          440 Martin Luther King Jr. Boulevard
Ball Ground, GA 30107-3576             P.O. Box 1581                    Suite 302
                                       Minneapolis, MN 55440-1581       Macon, GA 31201-7987


Verizon Wireless                       (p)CHASE CARD SERVICES           Jeanette Smith Tomascik
EOS CCA                                201 NORTH WALNUT STREET          P.O. Box 112
P.O. Box 806                           ATTN MARK PASCALE                Howard, GA 31039-0112
Norwell, MA 02061-0806                 MAIL STOP DE1-1406
                                       WILMINGTON DE 19801-2920


Walter W. Kelley - Ch 7                William H. Arey
Chapter 7 Trustee                      P.O. Box 8641
P.O. Box 70879                         Columbus, GA 31908-8641
Albany, GA 31708-0879
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Washington Mutual
P.O. Box 660433
Dallas, TX 75266-0433
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Atlas Acquisitions LLC              End of Label Matrix
294 Union St.                          Mailable recipients    16
Hackensack, NJ 07601-4303              Bypassed recipients     1
                                       Total                  17
```